## Washington Trust Company of Pittsburgh, Appellant, v. Rothman et al.

Argued October 10, 1935. Before FRAZER, C. J., KEPHART, SCHAFFER, MAXEY, DREW, LINN and BARNES, JJ.

*Chas. H. Sachs,* of *Sachs & Caplan,* for appellant.

*Frank R. S. Kaplan,* with him *Samuel Markle,* for appellee.

OPINION BY MR. JUSTICE BARNES, March 23, 1936:

This appeal raises the identical questions passed upon in No. 264, March Term, 1935, Provident Trust Company v. Nettie Rothman, defendant, and New York Life Insurance Company, garnishee.

The order of the court below is affirmed in conformity with the opinion filed this day in No. 264, March Term, 1935.